IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL S. SIMONE : CIVIL ACTION
:
v. :
:
HARBORVIEW REHABILITION AND :
CARE CENTER AT DOYLESTOWN, LLC :
d/b/a Harborview, LLC d/b/a Harborview : NO. 20-3551

# ORDER

**NOW**, this 3rd day of June, 2021, upon consideration of Defendant Harborview Rehabilitation and Care Center at Doylestown, LLC's Motion for Summary Judgment (Doc. No. 31), the plaintiff's response, the defendant's reply and after oral argument, it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED**:

1. To the extent that the motion seeks to dismiss Count I, it is **DENIED**.

2. To the extent that the motion seeks to dismiss Counts II, III, IV, and V, it is **GRANTED**.

/s/ TIMOTHY J. SAVAGE J.